## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## _____ DIVISION

FILED

2015 DEC 23 AM 10: 45

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

|  |  |
|---|---|
| Paul Miller | ) |
| **Name of Plaintiff** | ) |
| | ) |
| **v.** | ) |
| Flowserve US Inc. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Name of Defendant(s)** | ) |

Case No. _____
(To be assigned by Clerk)

Jury Demand ☐ Yes ☑ No

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, Paul Miller _____, is a citizen of the United States and resides at

| 1444 Shadow Lane | | Cookeville | |
|---|---|---|---|
| Street address | | City | |
| Putnam | Tennessee | 38501 | 931-525-1287 |
| County | State | Zip Code | Telephone Number |

3. Defendant, Flowserve US Inc. _____ resides at, or its business is located at

| 1978 Foreman Drive | | Cookeville | |
|---|---|---|---|
| Street address | | City | |
| Putnam | Tennessee | 38501 | |
| County | State | Zip Code | |

(If more than one Defendant, list the name and address of each additional Defendant)

_____

_____

_____

_____

_____.

4.  Plaintiff sought employment from the Defendant or was employed by the Defendant at

| 1978 Foreman Drive | Cookeville |
| --- | --- |
| Street address | City |

| Putnam | Tennessee | 38501 |
| --- | --- | --- |
| County | State | Zip Code |

5.  Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about

| March | 04 | 2015 |
| --- | --- | --- |
| Month | Day | Year |

6.  Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about

| March | 16 | 2015 |
| --- | --- | --- |
| Month | Day | Year |

7.  The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on

| October |
| --- |
| Month |

| 01 | 2015 |
| --- | --- |
| Day | Year |

, a copy of which Notice is attached.

8.  Because of Plaintiff's (1) DISABILITY race, (2) _____ color, (3) _____ sex, (4) _____ religion, (5) _____ national origin, the Defendant:

a. _____ failed to employ Plaintiff.

b. ___YES___ terminated Plaintiff's employment.

c. _____ failed to promote Plaintiff.

d. _____ retaliated against Plaintiff for having filed a charge of discrimination.

e._____ other. Explain: _____

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

The defendant ignored the plaintiff's requests for accommodation for the plaintiff's disability of fibromyalgia, by interpreting the plaintiff's calm behavior as an inability to handle conflict, by insisting that not working over 40 hours per week was an unwillingness by the plaintiff to show commitment by working unpaid overtime, by calling the plaintiff's refusal to continue to meet with an abusive supervisor who was intensifying the plaintiff's fibromyalgia symptoms as insubordinate behavior, and by terminating the plaintiff for complaining about the situation by making use of a false charge of improper approval of inspection reports and a contrived charge of poor job performance for which there was no evidence aside from the abusive supervisor's allegations on annual performance reviews.

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

a. ___YES___ are still being committed by Defendant.

b. _____ are no longer being committed by Defendant.

c._____ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a._____ direct that Defendant employ Plaintiff, or

b._____YES____ direct that Defendant re-employ Plaintiff, or

c._____ direct that Defendant promote Plaintiff, or

d._____ order other equitable or injunctive relief: _____

_____.

e._____YES____ direct that Defendant pay Plaintiff back pay in the amount of
$1556.90 / week since 3/4/2015
_____ and interest on back pay;

f._____ direct that Defendant pay Plaintiff compensatory damages: Specify

the amount and basis for compensatory damages: _____

_____.

g._____ direct that Defendant pay Plaintiff punitive damages in the amount of

_____ because Defendant engaged in a discriminatory practice or

practices with malice or with reckless indifference to Plaintiff's federally protected rights,

as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may

be appropriate, including costs and attorney's fees.

_____  12/21/2015
(Signature of Plaintiff)