IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| PAUL MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:15-cv-00074 |
| FLOWSERVE US INC., | ) Chief Judge Sharp |
| Defendant. | ) Magistrate Judge Knowles |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures below, Plaintiff Paul Miller and Defendant Flowserve US, Inc. have advised the Court that all remaining matters and things in controversy in this action have been compromised and settled. Accordingly, this action is DISMISSED with prejudice. This is the Final Order in this action.

**SO ORDERED,** this the 8th day of September, 2016..

_____
CHIEF DISTRICT JUDGE KEVIN H. SHARP

RESPECTFULLY SUBMITTED FOR ENTRY BY:

/s/ Paul Miller (with permission)
Paul Miller
1444 Shadow Lane
Cookeville, TN 38501
paumiller@juno.com

*Pro se Plaintiff*


/s/ Shana G. Fonnesbeck
Timothy A. Rybacki, TNBPR No.034038
Shana G. Fonnesbeck, TNBPR No. 029162
LITTLER MENDELSON, P.C.
333 Commerce St., Suite 1450
Nashville, TN  37201
Telephone: 615.383.3033
Facsimile: 615.383.3323

*Attorneys for Defendant Flowserve US Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2016, the foregoing was filed electronically through the ECF system, and is available for viewing and downloading from the ECF system. It was also served on Plaintiff via email and U.S. Mail, postage prepaid, at the following addresses:

Paul Miller
1444 Shadow Lane
Cookeville, TN 38501
paumiller@juno.com

/s/ *Shana G. Fonnesbeck*
Shana G. Fonnesbeck
Bar No. 029162